**FILED**
MAR 2020
CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: __GRAVES__ __BRIAN__ _____

(Last)                    (First)                    (Middle Initial)

4  Prisoner Number: __5503__

5  Institutional Address: __Shasta County Jail - 1655 West St.__

6  __Redding, CA. 96001__

7

8  **UNITED STATES DISTRICT COURT**

9  __EASTERN__ _____ DISTRICT OF CALIFORNIA - SAC. DIVISION

10 __BRIAN GRAVES #5503__
   (Enter your full name.)                    )
11                                             )   __2:20-CV-0596-EFB (PC)__
                                               )   Case No.
12               vs.                           )   (Provided by the clerk upon filing)
                                               )
13 __Sheriff Eric Magrini__                    )   **COMPLAINT UNDER THE**
                                               )   **CIVIL RIGHTS ACT,**
14 _____                    )   **42 U.S.C. § 1983**
                                               )
15 _____                    )   " NON - JURY DEMAND"
   (Enter the full name(s) of the defendant(s) in this action.)  )
16                                                 Original complaint

17 **I. Exhaustion of Administrative Remedies.**

18 _Note:_ _You must exhaust available administrative remedies before your claim can go_
        _forward. The court will dismiss any unexhausted claims._
19

20 A.  Place of present confinement __Shasta County Jail Redding, CA.__

21 B.  Is there a grievance procedure in this institution?   **YES** ☒   **NO** ☐

22 C.  If so, did you present the facts in your complaint for review through the grievance

23     procedure?   **YES** ☒   **NO** ☐   .

24 D.  If your answer is YES, list the appeal number and the date and result of the appeal at each

25     level of review. If you did not pursue any available level of appeal, explain why.

26        1. Informal appeal: __This is the subject of the lawsuit.__

27     __The Jail does not have any disciplinary__

28     __Appeal process or request slip Appeal process__
       __with any accountability and not in writing__

PRISONER COMPLAINT (rev. 8/2015)

__(1) of (5) total pages 1983 complaint__

2. First formal level: _____ N/A _____

3. Second formal level: _____ N/A _____

4. Third formal level: _____ N/A _____

E. Is the last level to which you appealed the highest level of appeal available to you?

**YES** ☒     **NO** ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

There is no written Appeals For disciplinaries or requests by inmates or grievances. All things are done on a computer tablet unwritten.

**II. Parties.**

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Brian Graves #5503  Shasta County Jail
1655 West ST.  Redding, CA.  96001

B. For each defendant, provide full name, official position and place of employment.

Sheriff Eric Magrini        Sheriff Eric Magrini
300 Park Marina Circle or " 1655 West street
Redding, CA. 96001        Redding, CA. 96001

Defendant #1
Sheriff Eric Magrini responsible For the Shasta County Sheriff's department and it's policies under his oversight and direction, and operations

PRISONER COMPLAINT (rev. 8/2015)

(2)

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Plaintiff is being denied 6th Amendment + Due process rights to confront accuser's and obtain defense witnesses in Jail disciplinary proceedings. The jail has a tablet system which provides no name as to who replies to any request or grievance or any identification of who reads or receives these jail complaints or replies to procedural requests on a computer. The Jails original disciplinaries are printouts from a computer and have sometimes more than "2" names and Never any acknowledgement as to who authored any Jail disciplinary, unsigned!

## IV. Relief.                                    See Claim #1

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Plaintiff requests $110,000.00 For violations of my "due process" constitutional rights under the U.S. constitution and mental anguish over numerous concerns not properly replied to and being unable to identify the source of reply.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2/27/2020        x  Brian Graves

Date                              Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)

(3)

Brian Graves #5503
Plaintiff Pro se
Shasta County Jail
1655 West Street
Redding, CA. 96001

CLAIM #1       VIOLATIONS OF DUE
━━━━━━━━━       PROCESS BY SHERIFF OF SHASTA CO.
ERIC MAGRINI - SCSD REDDING, CA.

Sheriff Eric Magrini responsible For the policies of the
Shasta county Jail in Redding, CA. and its over-all
operational Functions under his supervision is denying
prisoners including myself the Plaintiff, accountability
proofs in jail grievances, disciplinaries, requests and
disciplinary Appeals. The jail uses a "Computer tablet
System" For All the above prisoner procedures or subjects
or topics or duties or Concerns For any prisoner at
the shasta county Jail to date. Plaintiff is not able
to determine who answers any request on the tablet.
There is no accountability available to this plaintiff to
Complain, identify, address, grievance any reply
Found to any Concern answered on the Shasta County
Jail computer tablets Found on all Jail Pods. Also
I am unable to call witnesses to any disciplinary
proceeding. There is no notice on disciplinary Forms
that I can obtain witnesses or Appeal any disciplinary
decision. The original disciplinary is "not signed" or
authored by any identifiable person. Sometimes
(4) more than "2" jail deputies are listed on Jail

disciplinaries, sometimes as many As "10" depending on the event. No where on the disciplinary is any location of the "author" of the incident report which is the disciplinary. The decision Form has "no notice of Appeal" or indication of who authored the Jail institutional charges. These charges can result in loss of good time and work credit. The jails request Slips are not in writing. They are on the tablet. "No accountability" is Found there also. The accountability could be to challenge conditions of Confinement or For Civil actions or numerous other Concerns.

Sheriff Eric Magrini does not have Superior officer immunity For "policies" his office designs For this Jail.

With disciplinaries I am not able to call witnesses in defense. I am not able to identify who causes All sorts of decisions at this jail due to my requests, OR in Complaints or concerns. My rights to due process are being violated by sheriff Eric Magrini's jail policy and as described in this complaint. The policy of all prisoner concerns done on Tablet system on a computer with no printouts or written signatures.     • END •

(5)