1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     BRIAN GRAVES,                              No.  2:20-cv-0596-KJM-EFB P

12                Plaintiff,

13          v.                                     ORDER

14     ERIC MAGRINI, Sheriff,

15                Defendant.

16

17

18          Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42

19     U.S.C. § 1983.  He has filed a "motion to vacate" the undersigned magistrate judge, arguing that

20     the undersigned screened his complaint and dismissed it with leave to amend even though

21     plaintiff has not consented to the jurisdiction of a magistrate judge.  ECF No. 8.  Declining the

22     jurisdiction of a magistrate judge, however, affects only the magistrate judge's ability to rule on

23     *dispositive* matters.  The screening order at issue (ECF No. 6), which grants plaintiff leave to file

24     an amended complaint, is a non-dispositive pretrial matter.  28 U.S.C. § 636(b); E.D. Cal. L.R.

25     302(c).  If plaintiff has objections to that order, he may move for reconsideration from the

26     assigned district judge.  *See* Fed. R. Civ. P. 72(a).  The district judge shall, upon reconsideration,

27     "modify or set aside any part of the [magistrate judge's order] that is clearly erroneous or contrary

28     to law."  *Id.*

1

1         As the order informed him, plaintiff may file an amended complaint with factual

2    allegations that cure the deficiencies explained to him in the order within the allotted time frame.

3    But the order does not end the case.  If plaintiff fails to timely file an amended complaint that

4    cures the deficiencies, proposed findings and a recommendation will issue for dismissal of the

5    action for failure to state a claim.

6         Having clarified for plaintiff the legal significance of declining the jurisdiction of a United

7    States Magistrate Judge, the Clerk of the Court shall terminate the "motion to vacate" at ECF No.

8    8.

9         So ordered.

10   Dated:  May 5, 2020.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28